UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAMMED SAMIR JABRI,

      Plaintiff,

                                CASE NO. 26-CV-11980
v.                              HONORABLE LINDA V. PARKER

HEIDI WASHINGTON, et al.,

      Defendants.

_____/

**OPINION & ORDER DENYING APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF THE FILING FEE
AND DISMISSING THE CIVIL RIGHTS COMPLAINT**

Michigan prisoner Mohammed Samir Jabri ("Plaintiff") has filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983, as well as an application to proceed without prepaying fees or costs for this civil action.   Although Plaintiff asserts that he lacks the funds to pay the required filing and administrative fees for this case, his certificate of prisoner institutional/trust fund account activity states that he had a current spendable balance of $1,031.49 in his prison account as of May 27, 2026, when an administrative officer of the Michigan Department of Corrections certified his financial statement.   (ECF No. 2, PageID.20.)   Moreover, the Court notes that the government provides Plaintiff with food, clothing, and shelter such that requiring prepayment of the filing fees for this action will not force him to go without

necessities.   *See Lyon v Krol*, 127 F.3d 763, 765 (8th Cir. 1997).   Accordingly, the

Court concludes that Plaintiff fails to establish indigence and that he can pay the

$350 filing fee and the $55 administrative fee ($405 in total) for this civil action.

Accordingly, the Court **DENIES** Plaintiff's application to proceed without

prepayment of fees or costs and **DISMISSES WITHOUT PREJUDICE** his civil

rights complaint.   The Court must dismiss the case because the allegation of poverty

is untrue.   *See* 28 U.S.C. § 1915(e)(2)(A).   If Plaintiff wishes to pursue his claims,

he must re-file his civil rights complaint along with payment of the required fees.

The Court makes no determination as to the merits of the complaint at this time.

Lastly, the Court concludes that an appeal from this decision cannot be taken in good

faith.   *See* 28 U.S.C. § 1915(a)(3); *Coppedge v. United States*, 369 U.S. 438, 445

(1962).   This case is closed.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 25, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of
record and/or pro se parties on this date, June 25, 2026, by electronic and/or U.S.
First Class mail.

s/Aaron Flanigan
Case Manager